UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | Bankruptcy Case No, 15-10411 |
| TURNKEY PRODUCTS, LLC, ) | |
| ) | Chapter 11 |
| ) | |
| Debtor. ) | |
| ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE
## OF NOTICES AND PLEADINGS

Clint S. Morse, of the law firm of Brooks, Pierce, McLendon, Humphrey & Leonard, LLP, does herewith give notice of his appearance in the above-captioned case as an attorney for South Asia Furniture Manufacturing Company ("South Asia"), a party-in-interest in the above styled bankruptcy case. Pursuant to Fed. R. Bankr. P. 2002 and 9010, Mr. Morse hereby requests that he receive all notices required by Bankruptcy Rule 2002, including notices under Bankruptcy Rule 2002 (i), that, but for this request would be provided only to the committees appointed pursuant to the Bankruptcy Code or their authorized agents. Pursuant to Fed. R. Bankr. P. 9010 (b), Mr. Morse hereby requests the Clerk of the Court to enter his appearance and mail all notices and other documents required to be served upon creditors to the following address:

>Clint S. Morse
>Brooks, Pierce, McLendon,
>  Humphrey & Leonard, L.L.P.
>P.O. Box 26000
>Greensboro, NC 27420
>Telephone: (336) 271-3152
>Email: cmorse@brookspierce.com

PLEASE TAKE FURTHER NOTICE THAT this Notice of Appearance shall not be deemed or construed to be a waiver of rights of South Asia: (1) to trial by jury in any proceeding

so triable in this case or controversy, or proceeding(s) related to this case, or (2) to assert any other rights, claims, actions, set-offs, or recoupments to which South Asia is or may be entitled, in law or equity, all of which rights, claims, actions, defense, set-offs and recoupments South Asia expressly reserves.

Respectfully submitted, this the 20th day of April, 2015.

/s/ Clint S. Morse
Clint S. Morse
N.C. State Bar No. 38384
*Attorney for South Asia*

OF COUNSEL:
BROOKS, PIERCE, MCLENDON,
HUMPHREY & LEONARD, L.L.P.
Post Office Box 26000
Greensboro, North Carolina 27420
Telephone: (336) 373-8850

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served upon the following by depositing a copy thereof in the United States Mail, postage prepaid, addressed as follows or by electronic means:

William P. Miller
*U.S. Bankruptcy Administrator*

Charles Ivey, III
*Attorney for the Debtor*

This the 20th day of April, 2015.

/s/ Clint S. Morse
Clint S. Morse