SO ORDERED.

SIGNED this 20th day of April, 2015.



_Lena Mansori James_
LENA MANSORI JAMES
UNITED STATES BANKRUPTCY JUDGE

---

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION

IN RE:                                     )
                                           )
Turnkey Products, LLC,                     )    CASE NO. 15-10411
                                           )    Chapter 11
                    Debtor.                )

ORDER GRANTING MOTION FOR EXPEDITED HEARING

**THIS MATTER** coming before the above signed United States Bankruptcy Judge of the United States Bankruptcy Court for the Middle District of North Carolina for consideration of the Motion of Turnkey Products, LLC (the "Debtor") to Expedite Hearing filed on April 17, 2015 and based upon the pleadings filed in this case and for good cause shown, the Court finds that:

1.  On April 17, 2015, the Debtor filed the following pleadings:

Emergency Motion to Incur Debt Continuing the Current Factoring Agreement and Inventory Line of Credit and For Authority to Use Cash Collateral; and

Emergency Motion to Pay Employees Sales Commissions in the Ordinary Course of Business.

2.  Good cause exists and the Court has authority to shorten the notice requirement for cause pursuant to Bankruptcy Rule 9006(c). The entry of an Ex Parte Order Expediting Hearing on shortened notice as requested will not prejudice the rights of any party in interest.

**IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED** that an Emergency Court Hearing on the relief requested in the Emergency Motion to Incur Debt with Continuing the Current Factoring Agreement and Inventory Line of Credit and For Authority to Use Cash Collateral and Emergency Motion to Pay Employees Sales Commissions in the Ordinary

Course of Business, be and hereby is to be held on **April 22, 2015, at 2:00 P.M. Courtroom 1, United States Bankruptcy Court, 226 South Liberty Street, Winston-Salem, North Carolina**

**IT IS FURTHER ORDERED** that counsel for Debtor shall serve this Order and Emergency Motions upon all secured and priority creditors, the top 20 unsecured creditors, and the Bankruptcy Administrator via electronic mail, facsimile, or overnight mail no later than April 20, 2015 and file a Certificate of Service evidencing the service.

[END OF DOCUMENT]