UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| TURNKEY PRODUCTS, LLC, | ) | CASE NO. 15- |
| | ) | |
| Debtor. | ) | |

**CERTIFICATE OF SERVICE**

     THIS IS TO CERTIFY that the undersigned has served a copy of the **EMERGENCY MOTION TO PAY EMPLOYEES SALES COMMISSIONS IN THE ORDINARY COURSE OF BUSINESS; APPLICATION BY DEBTOR-IN-POSSESSION TO EMPLOY ATTORNEYS; EMERGENCY MOTION TO INCUR DEBT CONTINUING WITH THE CURRENT FACTORING AGREEMENT AND INVENTORY LINE OF CREDIT AND FOR AUTHORITY TO USE CASH COLLATERAL; MOTION FOR EXPEDITED HEARING; EX PARTE ORDER EXPEDITING HEARING AND NOTICE OF HEARING ON MOTIONS OF THE DEBTOR** via the CM/ECF System and/or by depositing the same, enclosed in a postage paid wrapper, properly addressed to the following parties in interest, at their last known address as shown below, in a post officer or official depository under the exclusive care and custody of the United States Post Office, in the manner preserved by law:

William P. Miller, Esq.                      CM/ECF
U. S. Bankruptcy Administrator
101 South Edgeworth Street
Greensboro, NC 27401

SEE ATTACHED EXHIBIT 'A'

| | | |
|---|---|---|
| AP World Marketing<br>2934 ½ Beverly Glen Circle #209<br>Los Angeles, CA 90077<br>info@apworldinc.com | Billy Worsham<br>917 Chancery Lane<br>Nashville, TN 37205<br>bworsham@bellsouth.net | Capital Business Credit<br>Carmel Park II<br>11121 Carmel Commons Blvd. Ste, 270<br>Charlotte, NC 28226<br>jsilipigni@capitalbusinesscredit.com |
| Gefen Production<br>142 Church Avenue<br>High Point, NC 27262<br>mark@gefenproductions.com | Ken Levi<br>14551 Oak Meadow Road<br>Valley Center, CA 92082<br>kenlev80@gmail.com | Madison Square Properties<br>5414 Oberlin Drive #140<br>San Diego, CA 92121<br>leah@madisonsquareproperties.com |
| Roy Sarnecki<br>62 E. Serene Avenue #408<br>Las Vegas, NV 89123<br>roymants@cox.net | Progressive Business Media<br>7025 Albert Pick Road, Suite 200<br>Greensboro, NC 27409<br>rlewis@progressivebusinessmedia.com | Ron Kellgren<br>3250 Zephyr Drive<br>Mobile, AL 36695<br>RKellg@aol.com |
| Uline Ship Supplies<br>12575 Uline Drive<br>Pleasant Prairie, WI 53158<br>Customer.service@uline.com | Tom Boyle<br>11103 Whisper Ridge<br>San Antonio, TX 78230<br>TEBoyle@earthlink.net | Zenith Ocean Shipping<br>PO box 969<br>Conover, NC 28613<br>jhawn@zenithcompanies.com |
| West Coast Sales & Marketing<br>5941 Allen Drive<br>Rocklin, CA 95677<br>DSWCSM@aol.com | June Basden, Esq.<br>Carruthers & Roth<br>235 N. Edgeworth Street<br>Greensboro, NC 27401<br>jlb@crlaw.com | Kenny Greene, Esq.<br>Carruthers & Roth<br>235 N. Edgeworth Street<br>Greensboro, NC 27401<br>kmg@crlaw.com |
| Parkview Viet Nam Co., Ltd.<br>Tan Phuoc Khanh Town<br>Tan Uyen County, Binh Duong<br>Province Viet Nam<br>mstopywood@gmail.com | Triple J. Enterprise Company, Ltd.<br>The Third Industrial Zone<br>Luo Tain, Song Gang Town<br>Shenzhen, China<br>jack@szjjj-inc.com | Zhongshan Anplus Furniture Co. Ltd<br>No. 87, Zhengxing Road<br>Nantou Town, Zhongshan City<br>Guangdong Province, China<br>sam@anplus.net |
| South Asia Furniture Mfg.<br>Attn: Jacob Juo<br>219 American Avenue<br>Greensboro, NC 27409<br>cmorse@brookspierce.com | Clint S. Morse, Esq.<br>Brooks Pierce<br>PO Box 26000<br>Greensboro, NC 27420<br>cmorse@brookspierce.com | David D. Lennon, AAG<br>OBO N. C. Dept. of Revenue<br>Dlennon@ncdoj.gov |
| Cheryl Sloan<br>Assistant U.S. Attorney<br>101 S. Edgeworth St., Suite 400<br>Greensboro, NC  27401<br>Cheryl.Sloan@usdoj.gov | William P. Miller, BA<br>101 S. Edgeworth Street<br>Greensboro, NC 27401<br>Bill_miller@ncmba.uscourts.gov | |

# Melissa M. Martiere

| | |
|---|---|
| **From:** | Melissa M. Martiere <mmm@iveymcclellan.com> |
| **Sent:** | Monday, April 20, 2015 11:49 AM |
| **To:** | info@apworldinc.com; bworsham@bellsouth.net; jsilipigni@capitalbusinesscredit.com; mark@gefenproductions.com; kenley80@gmail.com; leah@madisonsquareproperties.com; roymans@cox.net; Smith Helms (Business Fax); RKelig@aol.com; Customer.Service@uline.com; TBEoyle@earthlink.net; jhawn@zenithcompanies.com; DSWCSM@aol.com; jlb@crlaw.com; kmg@crlaw.com; mstopywood@gmail.com; jack@szjjj-inc.com; sam@anplus.net; CMORSE@brookspierce.com; David Lennon; 'Sloan, Cheryl (USANCM)'; bill_miller@ncmba.uscourts.gov |
| **Subject:** | TURNKEY PRODUCTS, LLC- BANKRUPTCY NOTICE |
| **Attachments:** | Appl to Employ IMGS.pdf; Cash Collateral.pdf; Motion to Expedite hearing.pdf; Order Expediting Hrg.pdf; Motion to Pay Employees.pdf |
| **Importance:** | High |

THIS IS TO CERTIFY, that you are being served with the following attached documents which may affect your rights; Application to Employ Attorneys; Emergency Motion to Incur Debt Continuing With the Current Factoring Agreement and Inventory Line of Credit and For Authority to Use Cash Collateral; Emergency Motion for Authority to Pay Employees Sales Commissions in the Ordinary Course of Business; Motion to Expedite Hearing; Order Granting Motion For Expedited Hearing.

**PLEASE TAKE SPECIAL NOTICE THAT A HEARING WILL BE HELD ON WEDNESDAY, APRIL 22ND, 2015 AT 2:00 P.M. IN THE BANKRUPTCY COURTROOM AT THE UNITED STATES BANKRUPTCY COURT IN WINSTON-SALEM, NORTH CAROLINA LOCATED AT 226 SOUTH LIBERTY STREET, WINSTON-SALEM.**

Melissa M. Martiere
North Carolina Certified Paralegal
Ivey, McClellan, Gatton & Siegmund
100 South Elm Street, Suite 500 (27401)
Post Office Box 3324
Greensboro, North Carolina 27402
336-274-4658
mmm@iveymcclellan.com

# Melissa M. Martiere

| | |
|---|---|
| **From:** | Melissa M. Martiere <mmm@iveymcclellan.com> |
| **Sent:** | Monday, April 20, 2015 12:55 PM |
| **To:** | rlewis@progressivebusinessmedia.com |
| **Subject:** | TURNKEY PRODUCTS, LLC- BANKRUPTCY FILING |
| **Attachments:** | Appl to Employ IMGS.pdf; Cash Collateral.pdf; Motion to Expedite hearing.pdf; Motion to Pay Employees.pdf; Order Expediting Hrg.pdf |
| **Importance:** | High |

THIS IS TO CERTIFY, that you are being served with the following attached documents which may affect your rights; Application to Employ Attorneys; Emergency Motion to Incur Debt Continuing With the Current Factoring Agreement and Inventory Line of Credit and For Authority to Use Cash Collateral; Emergency Motion for Authority to Pay Employees Sales Commissions in the Ordinary Course of Business; Motion to Expedite Hearing; Order Granting Motion For Expedited Hearing.

**PLEASE TAKE SPECIAL NOTICE THAT A HEARING WILL BE HELD ON WEDNESDAY, APRIL 22ND, 2015 AT 2:00 P.M. IN THE BANKRUPTCY COURTROOM AT THE UNITED STATES BANKRUPTCY COURT IN WINSTON-SALEM, NORTH CAROLINA LOCATED AT 226 SOUTH LIBERTY STREET, WINSTON-SALEM.**

Melissa M. Martiere
North Carolina Certified Paralegal
Ivey, McClellan, Gatton & Siegmund
100 South Elm Street, Suite 500 (27401)
Post Office Box 3324
Greensboro, North Carolina 27402
336-274-4658
mmm@iveymcclellan.com

**Melissa M. Martiere**

| | |
|---|---|
| **From:** | Melissa M. Martiere <mmm@iveymcclellan.com> |
| **Sent:** | Monday, April 20, 2015 12:07 PM |
| **To:** | RKellg@aol.com; roymants@cox.net; TEBoyle@earthlink.net |
| **Subject:** | TURNKEY PRODUCTS, LLC- BANKRUPTCY FILING NOTICES |
| **Attachments:** | Appl to Employ IMGS.pdf; Cash Collateral.pdf; Motion to Expedite hearing.pdf; Motion to Pay Employees.pdf; Order Expediting Hrg.pdf |

THIS IS TO CERTIFY, that you are being served with the following attached documents which may affect your rights; Application to Employ Attorneys; Emergency Motion to Incur Debt Continuing With the Current Factoring Agreement and Inventory Line of Credit and For Authority to Use Cash Collateral; Emergency Motion for Authority to Pay Employees Sales Commissions in the Ordinary Course of Business; Motion to Expedite Hearing; Order Granting Motion For Expedited Hearing.

**PLEASE TAKE SPECIAL NOTICE THAT A HEARING WILL BE HELD ON WEDNESDAY, APRIL 22ND, 2015 AT 2:00 P.M. IN THE BANKRUPTCY COURTROOM AT THE UNITED STATES BANKRUPTCY COURT IN WINSTON-SALEM, NORTH CAROLINA LOCATED AT 226 SOUTH LIBERTY STREET, WINSTON-SALEM.**

Melissa M. Martiere
North Carolina Certified Paralegal
Ivey, McClellan, Gatton & Siegmund
100 South Elm Street, Suite 500 (27401)
Post Office Box 3324
Greensboro, North Carolina 27402
336-274-4658
mmm@iveymcclellan.com